IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBIN BLACK *on behalf of herself and all others similarly situated*, ) ) ) Plaintiff, ) ) v. ) ) BROADLEAF MARKETING & SEO, LLC, ) ) Defendant ) | Civil No. 3:21-cv-00758 Judge Trauger |

## ORDER

Pursuant to the Joint Stipulation of Dismissal (Doc. No. 20), it is hereby ORDERED that the individual claims of the plaintiff Robin Black are hereby **DISMISSED WITH PREJUDICE** and the putative class claims are **DISMISSED WITHOUT PREJUDICE**, each party to bear responsibility for their own fees and expenses.

The Clerk enter judgment under Rule 58 of the Federal Rules of Civil Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge