# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Robin Black

                Plaintiff,

v.                 Case No.: 3:21−cv−00758

BroadLeaf Marketing & SEO, LLC

                Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/3/2022 re [21].

                                          Lynda M. Hill
                              s/ Megan Gregory, Deputy Clerk